**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Tanisha Tutson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA TUTSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNPRO SOLAR, INC. and ADT SOLAR LLC, <br><br> Defendants. | Case No.: 5:24-cv-00899-HDV-JC <br><br> **NOTICE OF SETTLEMENT** |

///
///
///
///
///
///

1 **TO THE COURT, CLERK AND ALL PARTIES AND THEIR
2 ATTORNEYS OF RECORD:**

3     NOTICE IS HEREBY GIVEN that Plaintiff TANISHA TUTSON ("Plaintiff") and Defendant SUNPRO SOLAR, INC. and Defendant ADT SOLAR, LLC ("Defendants") (together, the "Parties") have reached a settlement in principle. The Parties are in the process of drafting a written settlement agreement and anticipate filing a Joint Stipulation to Dismiss the entire case with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, or a joint status report, within the next ninety (90) days.

    Plaintiff requests that any pending dates and deadlines be vacated and that the Court retain jurisdiction until the Parties complete the settlement and the Parties dismiss this action.

Dated: December 10, 2024                    **KAZEROUNI LAW GROUP, APC**


                                By:    */s/ Gustavo Ponce, Esq.*
                                       Abbas Kazerounian, Esq.
                                       David J. McGlothlin, Esq.
                                       Mona Amini, Esq.
                                       Gustavo Ponce, Esq.
                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 10, 2024                    By:   */s/ Gustavo Ponce*
                                                                                      Gustavo Ponce