**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Tanisha Tutson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA TUTSON, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPRO SOLAR, INC. and ADT SOLAR LLC,<br><br>Defendant. | Case No.: 5:24-cv-00899-HDV-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Tanisha Tutson, ("Plaintiff") hereby voluntarily dismisses Plaintiff's claims against the Defendants SunPro Solar Inc. and ADT Solar LLC *with prejudice* and the putative class claims *without prejudice*.

Dated: February 14, 2025               Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce, Esq.*
      Gustavo Ponce, Esq.
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On February 14, 2025, I served the within document(s):

- **NOTICE OF VOLUNTARY DISMISSAL**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 14, 2025, at Las Vegas, Nevada.

/s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.

- 3 -
NOTICE OF VOLUNTARY